IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

FILED
APR 19 2012
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| )  | |
| Plaintiff,     ) | |
| )  | Case No. 1:12CR0057SNLJ |
| vs.     )  | |
| )  | Title 21, U.S.C. § 841(a)(1) |
| DAVID SCOTT CARLYLE,     ) | Title 21, U.S.C. § 846 |
| a/k/a, "Spud",     ) | |
| )  | Forfeiture Allegations |
| JUSTIN KYLE BAKER,     ) | |
| a/k/a, "Jug",     )  | |
| )  | |
| MARK COLIN DAVIS,     ) | |
| a/k/a/, "Skippy",     ) | |
| )  | |
| DAVID ALLEN WYATT,     ) | |
| )  | |
| DIANNA LOUISE CARLYLE,     ) | |
| )  | |
| LISA CAROL DOCKINS,     ) | |
| )  | |
| LAKEKYNN SCOTT,     ) | |
| )  | |
| Defendants.     ) | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

Beginning at a time unknown to the Grand Jury but including August 1, 2011 and thereafter to and including, on or about March 9, 2012, in Mississippi County, in the Eastern District of Missouri and elsewhere,

**DAVID SCOTT CARLYLE a/k/a "Spud,"
JUSTIN KYLE BAKER a/k/a "Jug,"
MARK COLIN DAVIS a/k/a "Skippy,"
DAVID ALLEN WYATT,
DIANNA LOUISE CARLYLE,
LISA CAROLE DOCKINS, and
LAKEKYNN SCOTT,**

the defendants herein, did knowingly, willfully and intentionally combine, conspire, confederate and agree together and with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and punishable under Title 21, United States Code, Section 841(b)(1)(A)(viii). All in violation of Title 21, United States Code, Section 846.

## FORFEITURE ALLEGATION

As a result of the offense alleged herein, the defendants,

**DAVID SCOTT CARLYLE and DIANNA LOUISE CARLYLE,**

shall forfeit to the United States all property, real and personal, involved in the afore-stated offense and all property traceable to such property, including but not limited to the following:

1. **MONEY**

    (a) Seven thousand eight hundred seventy four dollars and no cents ($7,874.00) in United States currency;

said currency seized on or about March 9, 2012, near the vicinity of # 99 Matthews Lane, Miner, Scott County, Missouri.

Said United States currency was derived from or constituted proceeds **DAVID SCOTT CARLYLE** and/or **DIANNA LOUISE CARLYLE** obtained, directly or indirectly, as the result of such violations; and/or said property was used or intended to be used, in a manner or part, to commit, or to facilitate the commission of said offenses in violation of Title 21, United States Code, Section 841(a)(1), Section 846 and Section 853.

A TRUE BILL

_____
Foreperson


RICHARD G. CALLAHAN
United States Attorney


_____
Tim J. Willis, # 62428MO
Special Assistant United States Attorney